Argued April 21, affirmed April 21, 1971

## STATE OF OREGON, *Respondent, v.* MICHAEL ROBERT MURRAY C-54819, *Appellant.*

483 P2d 825

*Jack E. Collier*, Portland, argued the cause and filed the brief for appellant.

*Jacob B. Tanzer*, Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.